**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IMM Group, Inc.,

        Petitioner,                       Civil 10-3065 (RHK/AJB)

vs.                                 **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

United States Citizenship and Immigration Services, Alejandro Mayorkas,
Christina Poulos, Department of Homeland Security, Janet Napolitano,

        Respondents.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 21, 2010

                                                        s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge