UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-3065 MJD/AJB

| | |
|---|---|
| IMM GROUP, INC., | ) |
| Petitioner, | ) |
| v. | ) **O R D E R** |
| UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES, et al., | ) |
| Respondents. | ) |

Upon stipulation of the parties, it is hereby

ORDERED that Respondents shall be, and hereby are granted an extension of time to respond to the Complaint of Petitioner to September 24, 2010.

Dated: August 10, 2010

                                        S/ Michael J. Davis
                                        MICHAEL J. DAVIS
                                        United States District Judge